IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ROBERT NEWSOME**                                                                                       **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 3:17-cv-00066-HTW-LRA**

**CITY OF MAGEE, ET AL.**                                                                     **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated, pursuant to Rule 41(a)(1)(ii), that the above-entitled action, Civil Action No. 3:17-cv-00066-HTW-LRA, may be dismissed with prejudice pursuant to the terms of a Release of Claims and Settlement Agreement entered into between the Plaintiff and Defendants, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

The Plaintiff, Robert Newsome, and Defendants, City of Magee, Mississippi, City of Magee Police Department, Jimmy Clyde, and Randy Crawford, further agree that based on the foregoing stipulation, the Court may enter an Order dismissing this cause with prejudice as to any claims asserted by Plaintiff against the Defendants.

SO STIPULATED this the 23rd day of January, 2018.

/s/ Warren L. Martin, Jr.                              /s/ Mark Fijman
WARREN L. MARTIN, JR.,                         MARK FIJMAN

*ATTORNEY FOR PLAINTIFF*                *ATTORNEY FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

    I, MARK FIJMAN, do hereby certify that on January 23, 2018 I electronically filed the above and foregoing *STIPULATION OF DISMISSAL* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Warren L. Martin, Jr., Esq.
WARREN L. MARTIN, JR., P.A.
351 Edgewood Terrace Drive
Jackson, MS 39206
(769) 257-6052
warren_martin_jr_@hotmail.com

*ATTORNEY FOR PLAINTIFF*

                                                      /s/ Mark Fijman
                                                      MARK FIJMAN